# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2024-2489
LT Case No. 2023-303892-CF

———————————————

GUSTAVO BARADA HUERTAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 24, 2025

PER CURIAM.

AFFIRMED. *See Parks v. State*, 50 Fla. L. Weekly S120 (Fla. June 12, 2025) (holding "that the minimum '[c]osts for the state attorney' mandated by section 938.27(8) must be imposed by the trial court even in the absence of a request by the State.").

EDWARDS, C.J., and MAKAR and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____